598

445 A.2d 230

Commonwealth v. Chew, Appellant.

Petition for Allowance of Appeal Denied July 21, 1982.

Submitted December 5, 1980. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and WIEAND, JJ.

The judgment of sentence of the lower court is affirmed.

445 A.2d 230

Commonwealth v. Darras, Appellant.

Argued February 2, 1982. Jerome R. Smith, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.